FARMERS CO-OPERATIVE CO., PETITIONER, *v.* COMMISSIONER OF INTERNAL REVENUE, RESPONDENT.

Docket No. 16342.    Promulgated October 17, 1928.

*Charles H. Preston, C. P. A.*, for the petitioner.
*A. H. Fast, Esq.*, for the respondent.

OPINION.

LANSDON: The evidence in this proceeding establishes a state of facts on all fours with the records of the proceedings of *Fred T. Ley & Co.*, 9 B. T. A. 749; *M. Brown & Co.*, 9 B. T. A. 753; and *Farmers-Elevator Co.*, 13 B. T. A. 1079. On the authority of our decisions in the proceedings cited, we hold that in this proceeding the statute of limitations had run against the proposed deficiency at March 26, 1926.

*Decision will be entered for the petitioner.*